**RUSSELL BOX COMPANY, Appellant, v. GRANT PAPER BOX COMPANY, Appellee.**

No. 4469.

United States Court of Appeals
First Circuit.

Feb. 2, 1950.

Rehearing Denied Feb. 21, 1950.

Herbert A. Baker, Boston, Mass., for appellant.

Hector M. Holmes, Boston, Mass., William H. Parmelee, Pittsburgh, Pa., on brief, for appellee.

Before MAGRUDER, Chief Judge, and WOODBURY, Circuit Judge.

PER CURIAM.

On the authority of Russell Box Company v. Grant Paper Box Company, 1 Cir., 179 F.2d 785, the appeal herein is dismissed for lack of jurisdiction.

**George W. RECK v. Walter A. HUNTER, Warden, United States Penitentiary, Leavenworth, Kansas.**

No. 4013.

United States Court of Appeals
Tenth Circuit.

Jan. 5, 1950.

Frederick M. Kal, Denver, Colo., for appellant.

Lt. Col. Reginald C. Miller, Office of the Judge Advocate General, Washington, D. C., and Lester Luther, United States Attorney, and Malcolm Miller, Assistant United States Attorney, Topeka, Kan., for appellee.

Before BRATTON, MURRAH and PICKETT, Circuit Judges.

PER CURIAM.

Judgment of the District Court affirmed January 5, 1950, on authority of McMahan v. Hunter, 179 F.2d 661, without prejudice to the filing of a new application for a writ of habeas corpus after having first complied with the requirements of Article of War 53, 10 U.S.C.A. § 1525.

**Robert L. DICKENS v. Walter A. HUNTER, Warden, United States Penitentiary, Leavenworth, Kansas.**

No. 4027.

United States Court of Appeals
. Tenth Circuit.

Jan. 5, 1950.

No one for appellant.

Lt. Col. Reginald C. Miller and Lt. Col. Allan R. Browne, Office of Judge Advocate General, Washington, D.C., and Lester Luther, United States Attorney, and Malcolm Miller, Assistant United States Attorney, Topeka, Kan., for appellee.

Before BRATTON, MURRAH and PICKETT, Circuit Judges.

PER CURIAM.

Judgment of the District Court affirmed January 5, 1950, on authority of case No. 3975, McMahan v. Hunter, 10 Cir., 179 F.2d 661, without prejudice to the filing of a new application for a writ of habeas corpus after having first complied with the requirements of Article of War 53, 10 U.S.C.A. § 1525.